# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANA NGUYEN | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO.: 2:19-cv-02071-KJD-DJA |
| | ) | |
| v. | ) | |
| | ) | |
| MACY'S WEST STORES, INC., a foreign corporation; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; ROE ESCALATOR MANUFACTURER; ROE ESCALATOR DISTRIBUTOR; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The parties, having stipulated to dismissal of this action, with prejudice, costs paid, and the Court having been duly advised, now grants such Stipulation.

WHEREFORE, it is hereby ordered, adjudged and decreed that this matter is hereby dismissed, with prejudice, costs paid.

SO ORDERED this 5th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

Distribution to:

Kevin C. Schiferl
Blake N. Shelby
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN  46204

James D. Urrutia, Esq.
MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150
Las Vegas, Nevada 89148

Alan W. Westbrook
PERRY & WESTBROOK
1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89102

0000HSO.0726895   4844-2777-5167v1